IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF JACK HERBERT PECHTER, by Its Personal Representative, Shelly Pechter Himmelrich,<br><br>      Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A. and U.S. BANK NATIONAL ASSOCIATION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 25-941-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND PROPOSED ORDER
EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT**

WHEREAS, pursuant to Fed. R. Civ. P. 81(c)(2)(C), the deadline for defendant U.S. Bank National Association ("U.S. Bank") to respond to the Complaint is currently August 4, 2025;

WHEREAS, the Estate has requested U.S. Bank provide the name of the beneficial owner of the policy at issue in the Complaint bearing policy number VL9349279 so that it may be amended if necessary and appropriate;

WHEREAS, U.S. Bank has agreed; and

WHEREAS, in the interests of efficiency, the Estate and U.S. Bank desire all eventual defendants to respond to the Complaint on the same schedule;

NOW THEREFORE, the Estate and U.S. Bank hereby stipulate and agree, subject to the approval of the Court, that the time for U.S. Bank and any additional defendants to move, plead, or otherwise respond to the Complaint shall be extended as follows:

1. If Plaintiff elects to amend the Complaint to add additional defendants, the time for U.S. Bank and all additional defendants to move, plead, or otherwise respond shall be 45 days after the service of the amended complaint on the last-served defendant; or

2. If Plaintiff elects not to file an amended complaint, it shall file a notice to that effect, and the deadline for U.S. Bank to respond to the Complaint shall be 45 days thereafter.

| | |
|---|---|
| */s/ Nathan D. Barillo* | */s/ Lindsey M. Gellar* |
| Kaan Ekiner (No. 5607) | Nathan R. Hoeschen (No. 6232) |
| Nathan D. Barillo (No. 5863) | Lindsey M. Gellar (No. 7202) |
| COZEN O'CONNOR | SHAW KELLER LLP |
| 1201 N. Market Street, Suite 1001 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 295-2046 | (302) 298-0700 |
| kekiner@cozen.com | nhoeschen@shawkeller.com |
| nbarillo@cozen.com | lgellar@shawkeller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, U.S. Bank National Association* |

Dated: July 30, 2025

**IT IS SO ORDERED** this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE